# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 08-60542 |
| **MARK W. BROWN** | § | |
| xxx-xx-6253 | § | |
| and **GLORIA L. BROWN** | § | |
| xxx-xx-8649 | § | |
| 2923 Fairfax Dr, Tyler, TX 75701 | § | |
| DEBTORS | § | CHAPTER 7 |

## NOTICE TO DEPOSIT FUNDS INTO THE UNCLAIMED FUNDS REGISTRY OF THE UNITED STATES BANKRUPTCY COURT

I, Michael J. McNally, the undersigned Chapter 7 Trustee, certify that:

1.      I am the duly qualified and acting Trustee in this case.

2.      I have made distrib utions of the funds in this estate in accordance with the Trustee's Final Report, Proposed Distribution and Notice of Redistribution filed herein.

3.      All final disbursement checks payable in this case have been cashed except that checks issued to entities in an amount of less than $5.00 have been attached hereto, payable to the Clerk of the U.S. Bankruptcy Court, for deposit in the U.S. Treasury.

5.      The following is a list of the names of, and mailing address used for, the entities entitled to the following sums:

| Payee Name | Amount |
|---|---|
| Wilson, Robertson, & Cornelius, P.C.<br>P.O. Box 7339<br>Tyler, Texas 75711-7339 | $2.49 |
| PYOD LLC its successors and assigns<br>as assignee of<br>Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $1.97 |
| eCAST Settlement Corp<br>Assignee of HSBC Bank Nevada<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712 | $4.80 |

Dated:   February 4, 2011      By: _____

MICHAEL J. MCNALLY, Trustee
PO Box 1080
Tyler, TX 75710-1080
Phone: (903) 597-6301
Fax: (903) 597-6302

# DIVIDENDS REMITTED TO THE COURT

Check Number 3057 Dated 02/07/11

Case Number 08-60542 - BROWN, MARK W

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **WILSON, ROBERTSON, & CORNELIUS, P.C.**<br>**P.O. BOX 7339**<br>**TYLER, TEXAS 75711-7339** | 000002 | **225.00** | *2.49* |
| **PYOD LLC its successors**<br>**and assigns as assignee of**<br>**Citibank**<br>**Resurgent Capital Services**<br>**PO Box 10587**<br>**Greenville, SC 29603-0587** | 000006 | **178.07** | *1.97* |
| **eCAST Settlement Corp**<br>**Assignee of HSBC Bank Nevada**<br>**Bass & Associates, P.C.**<br>**3936 E. Ft. Lowell Rd, Suite 200**<br>**Tucson, AZ 85712** | 000029 | **434.34** | *4.80* |
| ----------- Remittance Total -------------- | | **837.41** | **9.26** |

MICHAEL J. MCNALLY, Trustee